■ Christine Iannacone, Appellant, v Louise Helene Perret et al., Respondents. [836 NYS2d 870]—Appeal from order, Supreme Court, Bronx County (Howard R. Silver, J.), entered on or about September 28, 2005, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Andrias, J.P., Saxe, Marlow, Nardelli and Williams, JJ.